JS - 6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

PAULINO AYALA ARREDONDO,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

Case No. 5:26-cv-01656-AYP

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: June 9, 2026

_____
HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE